The People of the State of Illinois, appellee, v. Harry Beadle, appellant.

Prosecution for assault with deadly weapon with intent to commit bodily injury. Judgment of guilty. Appeal from the County Court of Jefferson county; the Hon. Andrew D. Webb, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed June 6, 1919.

G. Gale Gilbert and William T. Pace, for appellant. Frank G. Thompson, for appellee; Stanley Watson and Curtis Williams, of counsel.

Mr. Justice Eagleton delivered the opinion of the court.